# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LARRY LEE LONG,

        Plaintiff,     :    Case No. 3:07-cv-135

                              District Judge Walter Herbert Rice

    -vs-                        Chief Magistrate Judge Michael R. Merz

                          :

SPRINGFIELD CITY POLICE, et al.,

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 3), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on May 17, 2007, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that this action be dismissed without prejudice for failure to state a claim upon which relief can be granted in federal court.

May 22, 2007.

                                                      Walter Herbert Rice
                                                      United States District Judge